# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-2180 FMO (SHKx) | Date | December 9, 2019 |
| Title | Guadalupe Bores v. Lime Crime, Inc. | | |

Present: The Honorable     Fernando M. Olguin, United States District Judge

| Cheryl Wynn | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):     Attorney Present for Defendant(s):

None Present     None Present

**Proceedings:**     (In Chambers) Order to Show Cause Re: Remand

      On November 12, 2019, defendant Lime Crime, Inc. ("defendant") removed this action. (See Dkt. 1, Notice of Removal). Defendant, however, failed to comply with the procedures for removal. See 28 U.S.C. § 1446(a) ("A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action."). Specifically, defendant did not file a copy of the state-court complaint with its Notice of Removal. (See, generally, Dkt.). Without the complaint, the court cannot determine whether the removal was proper. Accordingly, IT IS ORDERED THAT:

      1. Defendant shall no later than **December 12, 2019**, file a copy of all process, pleadings, and orders served upon such defendant or defendants in such action prior to removal.

      2. Defendant is admonished that failure to file the above documents by the December 12, 2019, deadline shall result in the remand of this action for failure to comply with a court order and failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 : 00 |
|---|---|
| | Initials of Preparer     cw |